UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PICCOLA A. EVANS<br><br>　　　　　　　Plaintiff(s),<br>　　v.<br>LIBERTY MUTUAL INSURANCE COMPANY, et al.,<br><br>　　　　　　　Defendant(s).<br>_____/ | No. C 10-05671 MEJ<br><br>**ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM** |

　　　The Court is in receipt of Defendant's individual case management statement, in which Defendant states that, during a conference call, the parties agreed to consent before a magistrate judge. However, upon review of the record in this action, the Court notes that Plaintiff has not filed a written consent to Magistrate Judge James' jurisdiction. This civil case was randomly assigned to Magistrate Judge James for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

　　　You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiff shall inform the Court, by way of the enclosed form, whether consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. The consent/declination form shall be filed by March 31, 2011.

　　　**IT IS SO ORDERED.**

Dated: March 17, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PICCOLA A. EVANS                                           No. C 10-05671 MEJ

      Plaintiff(s),

vs.

LIBERTY MUTUAL INSURANCE COMPANY

      Defendant(s).
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____        Signed by:_____

                                                                  Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____        Signed by:_____

                                                                   Counsel for:_____

**UNITED STATES DISTRICT COURT**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PICCOLA A. EVANS                                         Case Number: 10-05671 MEJ

       Plaintiff,                                          **CERTIFICATE OF SERVICE**

v.

LIBERTY MUTUAL INSURANCE COMPANY

       Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Piccola A. Evans
808 Camelia Street
Berkeley, CA 94710

Dated: March 17, 2011

                              Richard W. Wieking, Clerk
                              By: Brenda Tolbert, Deputy Clerk