IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PICCOLA EVANS,

v.

LIBERTY MUTUAL INSURANCE CO.

No. C10-5671 MEJ (JSC)

**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT FOR PURPOSES OF REPRESENTATION AT SETTLEMENT CONFERENCE**

Upon review of the file in this matter, the Court concludes that it is appropriate to refer the Plaintiff to the Federal Pro Bono Project to attempt to secure pro bono counsel to represent Plaintiff at a settlement conference. Accordingly:

1. The clerk shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF"), one copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by BASF that an attorney has been located to represent Plaintiff, that attorney shall be appointed counsel for Plaintiff in this matter for purposes of representing Plaintiff at a settlement conference.

3. All proceedings in this action are stayed until four weeks from the date an attorney is appointed to represent Plaintiff at a settlement conference.

4. Following the appointment of counsel, the Court shall schedule a new settlement conference. If Defendant prefers to attend by telephone, Defendant shall submit a written request to the Court.

5. If Plaintiff is unable to obtain counsel, the Court shall go forward with the settlement conference. Plaintiff is warned that her failure to participate in the settlement conference may lead to dismissal of her lawsuit for a failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 25, 2011

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PICCOLA A. EVANS,

        Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY et al,

        Defendant.

Case Number: CV10-05671 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2011, I SERVED a true and correct copy(ies) of the attached ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT FOR PURPOSES OF REPRESENTATION AT SETTLEMENT CONFERENCE, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Piccola A. Evans
808 Camelia Street
Berkeley, CA 94710

Piccola A. Evans
555 98th Avenue, Apt. 202
Oakland, CA 94603

Dated: August 25, 2011

        Richard W. Wieking, Clerk

        By: Ada Means, Deputy Clerk