IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PICCOLA A. EVANS,<br><br>                    Plaintiff,<br><br>         v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, et al.,<br><br>                    Defendants. | Case No.: 10-cv-5671 MEJ (JSC)<br><br>**ORDER APPOINTING COUNSEL** |

Because the Plaintiff Piccola Evans has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Brian H. Kim of Pillsbury & Levinson LLP, 600 Montgomery Street, Thirty-First Floor, San Francisco, CA 94111, is hereby appointed as counsel for Plaintiff Piccola Evans in this matter.

The scope of this referral shall be for:

☐ all purposes for the duration of the case

☒ the limited purpose of representing the litigant in the course of

   ☐ mediation

☐ early neutral evaluation

☒ settlement conference

☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):

_____

☐ discovery as follows:

_____

☐ other:

_____

**IT IS SO ORDERED.**

Dated: October 31, 2011

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE