PICCOLA EVANS
555 98th Avenue, Apt. 202
Oakland, CA 94603
Telephone: 510-688-7069

Plaintiff *Pro Se*

PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
pcogan@rmkb.com; stucker@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PICCOLA A. EVANS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY; LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; LIBERTY LIFE INSURANCE COMPANY OF BOSTON; CSC CORPORATION; RBC CORPORATION and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. C10-05671 MEJ<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL |

IT IS HEREBY STIPULATED by and between Plaintiff and Liberty Life, through Plaintiff and through Liberty Life's attorneys of record, that that the above-

RC1/6256810.1/PEC — - 1 -

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. C10-05671 MEJ

1 | captioned action shall be, and hereby is, dismissed with prejudice in its entirety.
2 | Each party shall bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: December 12th, 2011

By: _____
PICCOLA EVANS

Plaintiff

Dated: December 12, 2011

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
STACY M TUCKER
Attorneys for Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated: ~~December ___, 2011~~

January 25, 2012

By: _____
United States Magistrate Judge
Maria-Elena James

- 2 -
RC1/6256810.1/
PEC

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. C10-05671 MEJ