UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PICCOLA A. EVANS | No. C 10-05671 MEJ |
| Plaintiff(s), | **ORDER TERMINATING LIMITED SCOPE REPRESENTATION** |
| v. | |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | |
| Defendant(s). | |

The above-entitled action was referred to the Federal Pro Bono Project for appointment of pro bono counsel. Attorney Brian H. Kim was appointed through the Federal Pro Bono Project to serve as volunteer counsel for Plaintiff Piccola Evans. The scope of representation was limited to representing Plaintiff in the course of a settlement conference.

Since this purpose has been fulfilled, the Court now removes this case from the Federal Pro Bono Project. This terminates any further responsibilities of the pro bono counsel.

The Court thanks attorney Brian Kim for service to the Federal Pro Bono Project and hereby relieves him from the limited scope representation.

**IT IS SO ORDERED.**

Dated: February 21, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge